IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 15 |
| | ) | |
| SAGECREST LTD., | ) | Case No. 09 - 50546 (AHWS) |
| | ) | |
| Debtor in a Foreign Proceeding. | ) | |

### NOTICE OF VOLUNTARY DISMISSAL OF CHAPTER 15 PETITION

**PLEASE TAKE NOTICE THAT** SageCrest Ltd. ("Limited"), by and through Peter C.B. Mitchell, not individually, but solely in his capacity as Provisional Liquidator (the "PL") of Limited, upon the agreement set forth in that certain Stipulation and Agreed Order Regarding WMD Bonds and Cash Proceeds entered on April 16, 2009 in the chapter 11 cases jointly administered before this Court under case number 08-50754, voluntarily withdraws the petition commencing and dismisses the above-captioned proceeding under chapter 15 of the Bankruptcy Code without prejudice to the ability of the PL or any other party acting for or on behalf of Limited to commence a proceeding under chapter 15 or any other provision of the Bankruptcy Code or to seek any other or further relief on behalf of Limited before this or any other court.

Dated: April 16, 2009               Respectfully submitted,

                                    **PETER C.B. MITCHELL**, not
                                    individually, but solely as the Provisional
                                    Liquidator to SageCrest Ltd.

                                    By: /s/ Melissa Zelen Neier
                                    Melissa Zelen Neier
                                    Federal Bar No. ct25055
                                    IVEY, BARNUM & O'MARA
                                    170 Mason Street
                                    Greenwich, Connecticut 06830
                                    Telephone: (203) 661-6000
                                    Facsimile: (203) 661-9462
                                    mneier@ibolaw.com

                                    and

Jeff J. Marwil
Jeremy T. Stillings
Proskauer Rose LLP
70 W. Madison St.
Chicago, Illinois 60602-4342
Telephone: (312) 962-3550
Facsimile: (312) 962-3551
jmarwil@proskauer.com
jstillings@proskauer.com

and

Michael T. Mervis
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
Telephone: (212) 969-3000
Facsimile: (212) 962-2900
mmervis@proskauer.com